Catena, Appellants, *v.* Wargo.

Argued March 13, 1973.   Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Nicholas J. Mikesic,* with him *Caram J. Abood,* and *Green, Gibson & Abood,* for appellants.

*R. Thomas Strayer,* for appellees.

OPINION PER CURIAM, March 25, 1974:
Decree affirmed.   Each party to pay own costs.